UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DUNKIN DONUTS, INC.

   vs.                                                      CIVIL 3-02-cv-1244 (SRU)

LANDMARK FOODS, INC.
COMMUTER FOODS - TRUMBULL INC
COMMUTER FOODS - STRATFORD, INC.
COMMUTER FOODS - SHELTON, INC.
COMMUTER FOODS - STAMFORD, INC.
COMMUTER FOODS GROUP, INC.
COMMUTER FOODS - OLD STRATFORD
               RD LLC
R WAYNE BARRETT, T BROOKS BARRETT
SUZANNE JARVIS, LEWIS ROBINSON


J U D G M E N T

    Notice having been sent to counsel of record on November 12, 2004 pursuant to Local Rule 41a, formerly Local Rule 16a, indicating that the above-entitled case would be dismissed for lack of prosecution unless a satisfactory explanation was received within 20 days which would justify continuing the case on the dockets of this Court, and

    No explanations for requests for action having been received within the time specified, therefore, it is hereby

    ORDERED that the complaint on file herein, be and hereby is dismissed.

    Dated at Bridgeport, Connecticut this 9th day of December, 2004.


                                                     KEVIN F. ROWE, CLERK

                                                     By /s/ Alice Montz
                                                         Deputy Clerk

Entered on Docket _____